UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDGE SYLVIA JAMES,

    Plaintiff,

v.

HILLIARD HAMPTON, THE CITY OF INKSTER,
DAVID JONES, DEBORAH GREEN, PAMELA
ANDERSON, PAUL FISCHER, THE JUDICIAL
TENURE COMMISSION OF THE STATE OF
MICHIGAN, and VALDEMAR WASHINGTON.

    Defendants.
_____/

Case No. 12-10273

Hon. Lawrence P. Zatkoff

## ORDER DISMISSING SHOW CAUSE ORDER

On January 21, 2012, the Court ordered Plaintiff and her counsel to show cause on various violations of this Court's civil procedures, including the process by which Plaintiff's counsel filed this matter and the substance of Plaintiff's Motion for Temporary Restraining Order. Plaintiff filed a timely response to the Court's Order to Show Cause.

The Court has reviewed Plaintiff's response and finds it appropriate to WITHDRAW the Court's Order to Show Cause. Furthermore, the Court does not find it necessary to impose sanctions on Plaintiff, or her counsel, at this time. The Court, however, does not find that Plaintiff's counsel acted in accordance with this Court's Local Rules and the Federal Rules of Civil Procedure. Accordingly, the Court WITHDRAWS its January 21, 2012, Order to Show Cause.

IT IS SO ORDERED.

                        S/Lawrence P. Zatkoff
                        LAWRENCE P. ZATKOFF
                        UNITED STATES DISTRICT JUDGE

Dated:  January 22, 2012

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 22, 2012.

                        S/Marie E. Verlinde
                        Case Manager
                        (810) 984-3290