**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JUDGE SYLVIA JAMES,

    Plaintiff,                                      Case No. 12-10273

v.                                                Hon. Lawrence P. Zatkoff

HILLIARD HAMPTON, THE CITY OF INKSTER,
DAVID JONES, DEBORAH GREEN, PAMELA
ANDERSON, PAUL FISCHER, THE JUDICIAL
TENURE COMMISSION OF THE STATE OF
MICHIGAN, and VALDEMAR WASHINGTON.

    Defendants.
_____/

**ORDER**

In this case, Plaintiff filed a Verified Complaint and Motion for Temporary Restraining Order and request for preliminary injunction on January 20, 2012. On January 22, 2012, the Court denied Plaintiff's request for a temporary restraining order. In the same order denying Plaintiff's request for temporary restraining order, the Court ordered that the parties appear for a hearing on Plaintiff's request for preliminary injunction, to be held on Tuesday, January 31, 2012, at 10:00 a.m.

On January 23, 2012, an administrative hearing regarding Plaintiff commenced before the Michigan Judicial Tenure Commission, and the Court understands that administrative hearing remains ongoing and will not be completed before 10:00 a.m. on January 31, 2012.

In reviewing the Federal Rules of Civil Procedure, the Court notes that, because Plaintiff's motion for temporary restraining order was not granted, there is no requirement that this Court address Plaintiff's preliminary injunctive relief "at the earliest possible time, taking precedence over all other matters." *See* Fed. R. Civ. P. 65.

Based on the foregoing, the Court concludes that it would be judicially improvident for the Court to conduct the preliminary injunction hearing in this matter at 10:00 a.m. on January 31, 2012. Accordingly, the Court hereby ADJOURNS the preliminary injunction hearing scheduled for Tuesday, January 31, 2012, at 10:00 a.m., until: (1) the administrative hearing currently ongoing before the Michigan Judicial Tenure Commission has been completed, and (2) further order of this Court.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: January 30, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 30, 2012.

S/Marie E. Verlinde
Case Manager
(810) 984-3290

2