UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDGE SYLVIA JAMES, an individual,

    Plaintiff,

v

HILLIARD HAMPTON, an individual and as Mayor of the City of Inkster; THE CITY OF INKSTER, a municipality of the State of Michigan; DAVID JONES, an individual; DEBORAH GREEN, an individual; PAMELA ANDERSON, an individual; PAUL FISCHER, an individual and Executive Director of the Judicial Tenure Commission; THE JUDICIAL TENURE COMMISSION OF THE STATE OF MICHIGAN; VALDEMAR WASHINGTON, an individual ,

    Defendants.
    _____/

No. 2:12-cv-10273

HON. LAWRENCE P. ZATKOFF

## INDEX OF EXHIBITS

**Exhibit 1**    Complaint

**Exhibit 2**    Answer to Formal Complaint and Affirmative Defenses

**Exhibit 3**    Brief in Support of Judge Sylvia A. James' Motion to Disqualify Chief Justice Robert P. Young, Jr. and all Associate Justices of the Michigan Supreme Court and Request that the Motion be Considered by the Entire Court

| | |
|---|---|
| **Exhibit 4** | Response to Petition for Interim Suspension |
| **Exhibit 5** | Respondent's Motion to Exclude Evidence |
| **Exhibit 6** | Respondent's Motion for an Order Referring this Matter to the Judicial Tenure Commission |
| **Exhibit 7** | Opinion and Order Granting Defendant's Motion to Dismiss |
| **Exhibit 8** | Transcript of the Proceedings, Dated January 17, 2012 |