UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDGE SYLVIA JAMES, an individual,

    Plaintiff,

v

HILLIARD HAMPTON, an individual and as Mayor of the City of Inkster; THE CITY OF INKSTER, a municipality of the State of Michigan; DAVID JONES, an individual; DEBORAH GREEN, an individual; PAMELA ANDERSON, an individual; PAUL FISCHER, an individual and Executive Director of the Judicial Tenure Commission; THE JUDICIAL TENURE COMMISSION OF THE STATE OF MICHIGAN; VALDEMAR WASHINGTON, an individual ,

    Defendants.

No. 2:12-cv-10273

HON. LAWRENCE P. ZATKOFF

---

| | |
|---|---|
| Mayer Morganroth (P17966)<br>Jeffrey B. Morganroth (P41670)<br>Morganroth & Morganroth, PLLC<br>Attorneys for Plaintiff<br>344 North Old Woodward Ave., Suite 200<br>Birmingham, MI  48009<br>(248) 864-4000 | Elliott S. Hall (P14546)<br>Attorney for Plaintiff<br>400 Renaissance Center<br>Detroit, MI  48243<br>(313) 568-6516 |
| Jeanmarie Miller (P66664)<br>Attorney for Judicial Tenure Commission, Paul Fisher, Judge Valdemar Washington and Deborah Green<br>Michigan Department of Attorney General<br>Public Employment, Elections, & Tort Division<br>PO Box 30736<br>Lansing, MI 48909<br>(517) 373-6434 | Michael A. Cox (P43039)<br>THE MIKE COX LAW FIRM PLLC<br>Attys for Defs City of Inkster, H. Hampton, D. Jones & P. Anderson<br>17430 Laurel Park Drive, North Suite 120 E<br>Livonia, MI 48152<br>(734) 591-4002 |

/

**NOTICE OF SCREENING DEVICE**

To: The Court, All Parties, and their Attorneys:

**PLEASE TAKE NOTICE THAT** pursuant to Michigan Rule of Professional Conduct 1.10 and Formal Opinion R-4 issued by the State Bar of Michigan Committee on Professional and Judicial Ethics:

1. Matthew Schneider was:

    a. Hired as Chief Legal Counsel by the Michigan Department of Attorney General and, thereby, became associated with the Department on May 28, 2013.

2. Due to a potential or actual conflict of interest, or the appearance of a conflict of interest, Matthew Schneider has been screened by the Department from any participation in the above-referenced matter. The Department's screening procedures include the following:

    a. Upon joining the Department, incoming employees are asked to identify all matters in which they may have a conflict of interest which warrants establishment of a conflict wall. The procedure requires that any conflict walls shall be established on the employee's first day of employment. Incoming employees are also asked to execute an acknowledgment attesting to their compliance with conflict wall policies established by the Department.

    b. Once a conflict is identified, a screening notice is circulated to all Department employees advising that a conflict wall has been established and identifying the screened employee and the matter screened. The screening notice specifies the conduct appropriate to observe the conflict wall. The relevant division or divisions within the Department are instructed to physically label all paper files relating to the screened matter and to place the file in a physically segregated area marked with special coding. The label identifies the employees who are screened from the file to clearly establish who may not view the contents of the file. Any computer or electronic files are likewise marked and access denied to any screened employees.

3. The procedures outlined above with respect to Matthew Schneider's association with the Department have been completed.

4. Matthew Schneider is paid a set salary and will not share in any fees generated in the above-referenced matter.

> Respectfully submitted,
>
> Bill Schuette
> Attorney General
>
> *s/ Jeanmarie Miller (P44446)*
> Jeanmarie Miller (P44446)
> Assistant Attorney General
> Attorney for Judicial Tenure
> Commission, Paul Fisher, Judge
> Valdemar Washington
> and Deborah Green
> P. O. Box 30736
> Lansing, Michigan 48909
> 517.373.6434

Dated: June 19, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

> *s/Jeanmarie Miller (P44446)*
> Jeanmarie Miller (P44446)
> P. O. Box 30736
> Lansing, Michigan 48909
> 517.373.6434
> Email: millerj51@michigan.gov

3