UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDGE SYLVIA JAMES,

    Plaintiff,

Case No. 12-10273

Paul D. Borman
United States District Judge

v.

HILLIARD HAMPTON, an individual
and as Mayor of the City Inkster,
the CITY OF INKSTER, DAVID JONES,
an individual, DEBORAH GREEN, an
individual, PAMELA ANDERSON, an
individual, PAUL FISCHER, an individual
and Executive Director of the Judicial Tenure
Commission, the JUDICIAL TENURE
COMMISSION, and VALDEMAR
WASHINGTON, an individual,

    Defendants.
_____/

## ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL AS PREMATURELY FILED

On June 25, 2015, Plaintiff filed a Motion to Compel Discovery from JTC Defendants. (ECF No. 65.) The Court has not yet issued a scheduling order in this case directing the commencement of discovery. Plaintiff's motion is therefore STRICKEN as untimely filed. Following the Court's entry of a scheduling order and the commencement of discovery, if discovery issues persist, Plaintiff may re-file a motion to compel.

IT IS SO ORDERED.

Paul D. Borman
United States District Judge

Dated: JUL 0 1 2015