UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| SYLVIA JAMES, | Case No. 2:12-cv-10273 |
| Plaintiff, | Hon. Paul D. Borman |
| v. | Magistrate Judge R. Steven Whalen |
| HILLIARD HAMPTON, an individual and as Mayor of the City of Inkster; CITY OF INKSTER; DAVID JONES; DEBORAH GREEN; PAMELA ANDERSON; PAUL FISCHER, an individual and Executive Director of the Judicial Tenure Commission; JUDICIAL TENURE COMMISSION OF THE STATE OF MICHIGAN; and VALDEMAR WASHINGTON, | |
| Defendants. | |

## APPEARANCE

John J. Bursch enters his appearance as co-counsel for Defendants Deborah Green, Paul Fischer, the Judicial Tenure Commission of the State of Michigan, and Valdemar Washington.

Dated:  May 2, 2016     *s/John J. Bursch*
John J. Bursch (P57679)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
jbursch@wnj.com

>Attorney for Deborah Green, Paul Fischer, the Judicial Tenure Commission of the State of Michigan, and Valdemar Washington

## CERTIFICATE OF SERVICE

This certifies that the foregoing appearance was served May 2, 2016 by electronic mail using the Eastern District of Michigan's Electronic Case Filing system on the following:

>Elliott S. Hall (Elliotthall19@yahoo.com)
>Jason R. Hirsh (Jhirsch@morganrothlaw.com)
>Jeffrey B. Morganroth (Jmorganroth@morganrothlaw.com)
>Mayer Morganroth (Mmorganroth@morganrothlaw.com)
>Danila V. Artaev (Dartaev@mikecoxlaw.com)
>David W. Jones (Djones@allenbrotherspllc.com)
>Michael A. Cox, (Mc@mikecoxlaw.com)
>Jeanmarie Miller (Millerj51@michigan.gov)

>*s/ John J. Bursch*
>John J. Bursch (P57679)
>Warner Norcross & Judd LLP
>900 Fifth Third Center
>111 Lyon Street, N.W.
>Grand Rapids, Michigan 49503-2487
>616.752.2000
>jbursch@wnj.com
>
>Attorney for Deborah Green, Paul Fischer, the Judicial Tenure Commission of the State of Michigan, and Valdemar Washington

14405057-1