UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SYLVIA JAMES,  Case No. 2:12-cv-10273

       Plaintiff,  Hon. Paul D. Borman
v.  Magistrate Judge R. Steven Whalen

HILLIARD HAMPTON, et al.,

       Defendants.

---

**NOTICE OF WITHDRAWAL AND ORDER TERMINATING APPEARANCE**

Having concluded my representation of Defendants Deborah Green, Paul Fischer, the Judicial Tenure Commission of the State of Michigan, and Valdemar Washington, I request that the Court terminate my appearance in this action.

Dated: May 8, 2017  *s/John J. Bursch*
  John J. Bursch (P57679)
  Bursch Law PLLC
  9339 Cherry Valley Ave SE, #78
  Caledonia, Michigan 49316
  616.450.4235
  jbursch@burschlaw.com

## ORDER

**IT IS ORDERED** that John J. Bursch's appearance in this action is hereby terminated.

s/Paul D. Borman<br>
Paul D. Borman<br>
United States District Judge

Dated: May 11, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 11, 2017.

s/D. Tofil<br>
Deborah Tofil, Case Manager