UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYLVIA JAMES,

    Plaintiff,                                    No. 12-10273

v.                                            District Judge Paul D. Borman
                                               Magistrate Judge R. Steven Whalen

HILLIARD HAMPTON, ET AL.,

    Defendants.
_____ /

## OPINION

For the reasons and under the terms stated on the record on November 28, 2017, Plaintiff's Motion to Compel Discovery as to Defendant Deborah Green [Doc. #114] is GRANTED.

    IT IS SO ORDERED.

                                               s/ R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE
Dated: November 28, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 28, 2017, electronically and/or by U.S. mail.

                                               s/Carolyn M. Ciesla
                                               Case Manager to the
                                               Honorable R. Steven Whalen