# EXHIBIT INDEX TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT PAMELA ANDERSON'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 [DOCKET NO. 132]

| Exhibit | Description |
|---|---|
| 1 | Transcript Selections from the August 11, 2017 Deposition of Deborah Green |
| 2 | Transcript Selections From the January 17, 2018 Deposition of Hon. Valdemar Washington |
| 3 | April 15, 2011 Letter From Chad Schmucker to Hon. Valdemar Washington re: Letter of Understanding |
| 4 | Pamela Anderson's July 17, 2012 Complaint and Jury Demand Against the City of Inkster and Judge Sylvia James |
| 5 | Wayne County Circuit Court's October 3, 2012 Order Granting Defendant/Counter-Plaintiff, Judge Sylvia James', Motion for Summary Disposition of First Amended Complaint Pursuant to MCR 2.116(C)(7) and (C)(8) |
| 6 | Transcript Selections From the October 12, 2017 Deposition of Pamela Anderson |
| 7 | Transcript Selections From the February 13 & 16, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Pamela Anderson |
| 8 | Transcript Selections From the January 24, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Deborah Green |
| 9 | Transcript Selections From the February 7, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Breana Purdy |
| 10 | Transcript Selections From the February 24, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Alice Hagler-Taylor |
| 11 | Transcript Selections From the February 23, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Carmilla Bourn |

| | |
|---|---|
| 12 | Plaintiff's Answers and Responses to the Inkster Defendants' First Set of Interrogatories and Requests for Production |
| 13 | Fed. R. Civ. P. Rule 56(d) Affidavit of Sylvia James |
| 14 | Transcript Selections From the February 8, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Nicol James |
| 15 | Transcript Selections From the February 8, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Pamela Anderson |