# EXHIBIT INDEX TO PLAINTIFF'S BRIEF IN OPPOSITION TO PAUL FISCHER'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, FOR JUDGMENT ON THE PLEADINGS, AND FOR <u>SUMMARY JUDGMENT [R. 135]</u>

| Exhibit | Description |
|---|---|
| 1 | Transcript Selections from the (Vol. 1) August 11, 2017 and (Vol. 2) January 5, 2018 Depositions of Deborah Green |
| 2 | Transcript Selections From the July 28, 2017 Deposition of Paul Fischer |
| 3 | Transcript Selections From the January 17, 2018 Deposition of Hon. Valdemar Washington |
| 4 | April 15, 2011 Letter From Chad Schmucker to Hon. Valdemar Washington re: Letter of Understanding |
| 5 | Pamela Anderson's July 17, 2012 Complaint and Jury Demand Against the City of Inkster and Judge Sylvia James |
| 6 | Wayne County Circuit Court's October 3, 2012 Order Granting Defendant/Counter-Plaintiff, Judge Sylvia James', Motion for Summary Disposition of First Amended Complaint Pursuant to MCR 2.116(C)(7) and (C)(8) |
| 7 | Transcript Selections From the December 21, 2017 Deposition of Margaret Rynier as representative of the JTC |
| 8 | Transcript Selections From the October 12, 2017 Deposition of Pamela Anderson |
| 9 | October 8, 2010 Associated Press article: "Judge James Kandrevas pleads the Fifth more than 200 times in Southgate lawsuit" |
| 10 | October 12, 2010 The News Herald article: "Southgate: City settles second lawsuit against judge" |
| 11 | October 13, 2010 Associated Press article: "Former Wayne County Judge Mary Waterstone to stand trial for allowing perjury" |

1

|    |    |
|----|----|
| 12 | March 4, 2012 Record Eagle article: "Our view: Judge's decisions should cost him his post" |
| 13 | March 31, 2016 mLive article: "Judge avoids jail after embezzlement case ends in misdemeanor plea" |
| 14 | State of Michigan Judicial Tenure Commission's Annual Report of 2017 |
| 15 | JTC's list of grievance codes (JAMES RTP 2 000704) |
| 16 | Transcript Selections From the February 7, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Breana Purdy |
| 17 | Transcript Selections From the February 13 & 16, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Pamela Anderson |
| 18 | Transcript Selections From the February 24, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Alice Hagler-Taylor |
| 19 | Transcript Selections From the February 23, 2012 JTC Proceedings re Formal Complaint No. 88—Witness: Carmilla Bourn |
| 20 | Grievances and formal complaints from the JTC for the years 1998 through 2017, showing race and gender of each judge |
| 21 | June 20, 2018 Affidavit of Dr. Edward Rothman |
| 22 | May 11, 2016 email from John Bursch (then counsel for the JTC) to Jason Hirsch (counsel for Plaintiff) re: grievance codes |