# EXHIBIT 20

| Investigation No. / Judge | Race | Gender | Discipline | Complaint # | Year |
|---|---|---|---|---|---|
| 02-14170 | B | F | admonition | | |
| 03-14486 | B | F | caution | | |
| 03-14560 | B | F | caution | | |
| 05-15691 / 05-15705 | B | F | caution | | |
| 06-16420 / 06-16613 | B | F | caution | | |
| 06-16447 | B | F | caution | | |
| 06-16726 / 06-16756 / 06-16757 | B | F | caution | | |
| 06-16726 / 06-16756 / 06-16757 | B | F | caution | | |
| 06-16729 | B | F | caution | | |
| 07-17131 | B | F | admonition | | |
| 08-17613 | B | F | admonition | | |
| 08-17727 / 08-17726 | B | F | admonition | | |
| 10-18744 | B | F | dismissal w/ explanation | | |
| 10-18938 | B | F | admonition | | |
| 11-19371 | B | F | caution | | |
| 02-14082 / 03-14430 | W | F | admonition | | |
| 03-14606 / 03-14811 | W | F | caution | | |
| 03-14677 | W | F | caution | | |
| 03-14750 | W | F | caution | | |
| 05-16074 | W | F | admonition | | |
| 06-16435 | W | F | admonition | | |
| 06-16585 | W | F | dismissal w/ explanation | | |
| 06-16722 | W | F | caution | | |
| 07-16809 (judge 2) | W | F | dismissed | | |
| 07-16809 (judge 3) | W | F | dismissed | | |
| 07-17034 | W | F | admonition | | |
| 07-17105 | W | F | caution | | |
| 07-17192 / 08-17400 | W | F | admonition | | |
| 08-17765 / 08-17775 | W | F | caution | | |
| 08-17777 | W | F | admonition | | |
| 09-18357 | W | F | caution | | |
| 10-18768 | W | F | admonition | | |

| | | | |
|---|---|---|---|
| 11-19380 | W | F | caution |
| 04-15405 | B | M | admonition |
| 06-16316 | B | M | admonition |
| 07-16818 | B | M | dismissed |
| 07-17138 | B | M | dissmissal w/ explanation |
| 08-17418 | B | M | dismissal w/ explanation |
| 08-17524 | B | M | admonition |
| 09-18011 | B | M | admonition |
| 00-13106 / 01-13513 | W | M | caution |
| 02-13918 | W | M | dismissed |
| 02-13985 | W | M | dismissed |
| 02-14119 | W | M | caution |
| 02-14345 | W | M | Unknown |
| 02-14908 | W | M | dismissed |
| 03-14451 | W | M | admonition |
| 03-14486 / 04-14933 | W | M | caution |
| 03-14603 | W | M | monitoring and admonition |
| 03-14757 | W | M | admonition |
| 03-14927 | W | M | admonition |
| 04-15081 / 04-15100 | W | M | admonition |
| 04-15223 / 04-15241 | W | M | dismissed (judge retiring) |
| 04-15243 | W | M | dismissed |
| 05-15600 | W | M | admonition |
| 05-15667 | W | M | caution |
| 05-15685 | W | M | caution |
| 06-16142 / 06-16204 / 06-16336 | W | M | admonition |
| 06-16434 / 06-16446 | W | M | admonition |
| 07-16809 (judge 1) | W | M | dismissed |
| 07-17137 | W | M | admonition |
| 07-17175 | W | M | dismissal w/ explanation |
| 07-17230 | W | M | admonition |
| 08-17491 / 08-17531 | W | M | caution |
| 08-17559 | W | M | caution |

| Case # | Name | Race | Sex | Disposition | Age | Year |
|---|---|---|---|---|---|---|
| 08-17734 | | W | M | caution | | |
| 09-17994 | | W | M | dismissal w/ explanation | | |
| 09-18176 | | W | M | caution | | |
| 09-18225 / 09-18274 | | W | M | admonition | | |
| 09-18225 / 09-18274 | | W | M | admonition | | |
| 10-18696 | | W | M | caution | | |
| 10-18878 | | W | M | resolved w/ explanation | | |
| 11-19251 | | W | M | admonition | | |
| 2010-19024 | | W | M | closed b/c retirement | | |
| | Jeanette O'Banner-Owens | B | F | Dismissed due to death | 80 | N/A |
| | Helen E. Brown | B | F | Public Censure | Consent | 2003 |
| | Marion Moore | B | F | Public Censure | 76 | 2005 |
| | Benjamin H. Logan | B | M | Public Censure | 85 | 2010 |
| | David Martin-Bradfield | B | M | Public censure, 30 day suspension no pay | 66 | 2002 |
| | David Martin-Bradfield | B | M | Dismissed because of retirement | 79 | 2006 |
| | Beverley Nettles-Nickerson | B | F | Removed | 81 | 2008 |
| | Sylvia A. James | B | F | Removed | 88 | 2012 |
| | Warfield Moore Jr. | B | M | Suspended 6 months no pay | 58 | 2001 |
| | Warfield Moore Jr. | B | M | Dismissed by JTC per resolution with judge | 69 | 2002 |
| | Cynthia Gray-Hathaway | B | F | Suspended no pay 6 months | 60 | 2001 |
| | M.T. Thompson | B | M | Suspended no pay 90 days | 72 | 2004 |
| | Christopher C. Brown | B | M | Suspension 15 days, no pay | 54 | 2001 |
| | Susan R. Chrzanosky | W | F | 6 months suspension, no pay | 65 | 2001 |
| | David G. Myers | W | M | Dismissed due to death | 86 | N/A |
| | Harrell D. Milhouse | W | M | Dismissed due to resignation | 70 | 2002 |
| | Jack R. Jelsema | W | M | Public censure | 67 | 2001 |
| | Jack R. Jelsema | W | M | Dismissed due to resignation | 71 | 2003 |
| | Frank Del Vero | W | M | Dismissed due to retirement | 75 | 2004 |
| | William C. Hultgren | W | M | No misconduct | 82 | 2008 |
| | Dana Fortinberry | W | F | Public Censure | 78 | 2006 |
| | Norene S. Redmond | W | F | Public Censure | Consent | 2008 |
| | Michael J. Haley | W | M | Public Censure | 77 | 2006 |
| | Steven R. Servaas | W | M | Public Censure | 84 | 2009 |
| | William J. Runco | W | M | Public Censure | 61 | 2001 |

| Name | Race | Sex | Disposition | Outcome | Year |
|---|---|---|---|---|---|
| Richard B. Halloran | W | M | Public Censure, 90 day suspsension no pay | consent | 2002 |
| Richard B. Halloran | W | M | Public Censure, 14 day suspsension no pay | consent | 2010 |
| Richard B. Halloran | W | M | Dismissed by the JTC | 97 | N/A |
| James P. Conrad | W | M | Public Censure, 180 day subspension, no pay | Consent | 2005 |
| Thomas S. Gilbert | W | M | Public Censure, 6 month suspension no pay | Consent | 2003 |
| Catherine Bove-Steenland | W | F | Public Censure, 90 day suspension no pay | Consent | 2008 |
| Charles C. Nebel | W | M | Public censure, 90 day suspension no pay | Consent | 2010 |
| James M. Justin | W | M | Removed | 87 | 2012 |
| James P. Noecker | W | M | Removed | 73 | 2005 |
| Steven Ford | W | M | Resigned, public censure | 74 | 2004 |
| Gerard Trudel | W | M | Public censure, 90 day suspension no pay | Consent | 2002 |
| Gerard Trudel | W | M | Retired, but would have removed from office | 68 | 2003 |
| Mary Brouillette Barglind | W | F | Suspended 30 days, no pay | 83 | 2008 |
| Wendy M. Baxter | B | F | Public censure | 53 | 2001 |
| Wade H. McCree | B | M | Public censure | Consent | 2012 |
| Brenda K. Sanders | B | F | Public censure, 21 day suspension no pay | Consent | 2010 |
| Thomas J. Shannon | B | M | Public censure; 30 day suspension no pay | Consent | 2002 |