# EXHIBIT 21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sylvia James,

Plaintiff,

v

Case No. 2:12–cv–10273
Hon. Paul D. Borman

Hilliard Hampton, *et al.*

Defendants.

_______________________________________________/

Mayer Morganroth (P17966)
Jeffrey B. Morganroth (P41670)
Jason R. Hirsch (P58034)
Joshua A. Fisher (P72598)
Attorneys for Plaintiff
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009
248-864-4000

Elliot S. Hall (P14546)
Attorney for Plaintiff
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009
248-864-4000

Jeanmarie Miller (P66664)
Attorney for Defendants, JTC, Washington and Green
MICHIGAN ATTORNEY GENERAL
Public Employment, Elections & Tort Division
PO Box 30736
Lansing, MI 48909
517-373-6434

Michael A. Cox (P43039)
Melissa Wojnar-Raycraft (P66476)
Attorneys for Defendant Anderson
THE MIKE COX LAW FIRM PLLC
17430 Laurel Park Drive, North
Suite 120 E
Livonia, MI 48152
734-591-4002

Matthew T. Nelson (P64768)
Allyson Terpsma (P78553)
Attorneys for Defendant Fischer
WARNER NORCROSS & JUDD, LLP
111 Lyon St. NW, Ste 900
Grand Rapids, MI 49503
(616) 752-2474

_______________________________________________/

**AFFIDAVIT OF EDWARD D. ROTHMAN, Ph.D**

STATE OF MICHIGAN )
) SS
COUNTY OF WASHTENAW )

EDWARD D. ROTHMAN, being first duly sworn, deposes and states as follows:

1. I am over the age of 18 and fully competent to make this Affidavit and testify to the facts and opinions set forth herein.

2. The facts and opinions stated herein are true and correct, and are based on my personal knowledge and expert analysis.

3. I obtained my bachelors of science degree from McGill University, where I majored in mathematics and earned First Class Honours in Mathematics. I obtained my Ph.D in statistics at Johns Hopkins University (Baltimore), where I also minored in econometrics and mathematics. I have been a tenured professor in the Department of Statistics at the University of Michigan since 1969.

4. I submitted a Rule 26 Report (the "Report") in connection with the above-captioned case in order to disclose my opinions and the facts and data upon which my opinions are based, as well as my qualifications and other related information regarding my experience and details of my engagement in this case

5. It was brought to my attention that there were two errors in the data referenced in my Report, and one clerical error in my summary of the data.

6. The following errors in the data were brought to my attention:

A. The data I relied upon double counted three instances of discipline for Judge Halloran, resulting in Judge Halloran's disciplinary proceedings being counted six times rather than three. As such, the calculation in my Report regarding race as a factor in the removal of judges from the bench erroneously inflated the number of non-African American judges who were *not* removed by virtue of double counting the data concerning Judge Halloran. This error impacted my calculations on both race and gender.

B. The data I relied upon included cases from a 20 year period from 1998 through 2017 that were (1) formal complaints finally determined by the Michigan Supreme Court, and (2) consent proceedings; however, this data erroneously excluded seven consent proceedings within this time frame (although the motion in limine that was filed to preclude my Report and testimony erroneously states that the data had omitted five consent proceedings). This error affected my calculations on both race and gender.

7. The following clerical error was included in my summary of the data. When preparing the data for my calculation, I erroneously moved one instance of an African American judge who was not removed and counted that as an instance of a non-African American judge who as not removed (i.e., there were in fact 19 African American judges who were *not* removed from the bench, not 18). The correct data (19 African American Judges who were *not* removed) was in Appendix B of my Report; however, my calculation of the p-value relied on the incorrect count. This error only impacted my calculation regarding race.

8. After learning of the aforementioned errors, I corrected the data and

the clerical error, and performed the same calculations using the corrected information. The corrected data is attached hereto as Exhibit 1, and the previously omitted consent proceedings are highlighted at the end of this chart.

9. My updated calculations use the exact same formulas and methodology as my previous calculations, but apply them to the corrected data and correct the clerical error.

10. This same methodology applied to the corrected data yielded p-values as follows:

A. For gender, the calculation prepared in Section B of my Report using the corrected data attached hereto as Exhibit 1 yield a p-value of .0262 using a single-tail chi-square analysis (as opposed to .0416 as set forth in my Report).

B. For race, the calculation prepared in Section C of my Report using the corrected data attached hereto as Exhibit 1 yield a p-value of .0664 using a single-tail chi-squared analysis (as opposed to .02802 as set forth in my Report).

11. With respect to gender, the p-value using corrected data is even lower. This reinforces my opinion that we should reject the hypothesis that the decision process was neutral with respect to the gender of the judge. The probability that our statistic---that reflects the departure between the observed count of decisions that "removed" a judge and the expected count assuming a gender neutral process with a one sided alternative---is found to be as large or even larger is less than 3% (.026).

12. With respect to race, the p-value using corrected data is somewhat higher. The probability that our statistic ---that reflects the difference between the observed count of decisions that "removed" a judge and the expected count assuming a race neutral process and an alternative with black judges being impacted—is found to be just under 7% (.066). Though this would not lead to rejection of a race neutral decision process because the p-value exceeds the usual standard of 5%, it is still a rather small probability.

Further deponent sayeth not.

EDWARD D. ROTHMAN, Ph.D

Subscribed and sworn to before me this 20 day of June 2018

Notary Public

PAMELA A. FRAVALA
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jan 9, 2020
ACTING IN COUNTY OF WASHTENAW

# EXHIBIT 1

| Investigation No. / Judge | # | Year | Race | Gender | Discipline |
|---|---|---|---|---|---|
| Jeanette O'Banner-Owens | 80 | N/A | B | F | Dismissed due to death |
| Helen E. Brown | Consent | 2003 | B | F | Public Censure |
| Marion Moore | 76 | 2005 | B | F | Public Censure |
| Benjamin H. Logan | 85 | 2010 | B | M | Public Censure |
| David Martin-Bradfield | 66 | 2002 | B | M | Public censure, 30 day suspension no pay |
| David Martin-Bradfield | 79 | 2006 | B | M | Dismissed because of retirement |
| Beverley Nettles-Nickerson | 81 | 2008 | B | F | Removed |
| Brenda K. Sanders | 95 | 2015 | B | F | Removed |
| Sylvia A. James | 88 | 2012 | B | F | Removed |
| Warfield Moore Jr. | 58 | 2001 | B | M | Suspended 6 months no pay |
| Warfield Moore Jr. | 69 | 2002 | B | M | Dismissed by JTC per resolution with judge |
| Cynthia Gray-Hathaway | 60 | 2001 | B | F | Suspended no pay 6 months |
| M.T. Thompson | 72 | 2004 | B | M | Suspended no pay 90 days |
| Christopher C. Brown | 54 | 2001 | B | M | Suspension 15 days, no pay |
| Susan R. Chrzanosky | 65 | 2001 | W | F | 6 months suspension, no pay |
| David G. Myers | 86 | N/A | W | M | Dismissed due to death |
| Harrell D. Milhouse | 63 | 2000 | W | M | Public censure, suspended 10 days no pay |
| Harrell D. Milhouse | 70 | 2002 | W | M | Dismissed due to resignation |
| Jack R. Jelsema | 67 | 2001 | W | M | Public censure |
| Jack R. Jelsema | 71 | 2003 | W | M | Dismissed due to resignation |
| Frank Del Vero | 75 | 2004 | W | M | Dismissed due to retirement |
| John M. Chmura | 56 | 2000 | W | M | No misconduct |
| William C. Hultgren | 82 | 2008 | W | M | No misconduct |
| Dana Fortinberry | 78 | 2006 | W | F | Public Censure |
| Norene S. Redmond | Consent | 2008 | W | F | Public Censure |
| Michael J. Haley | 77 | 2006 | W | M | Public Censure |
| Steven R. Servaas | 84 | 2009 | W | M | Public Censure |
| William J. Runco | 61 | 2001 | W | M | Public Censure |
| Richard B. Halloran | consent | 2002 | W | M | Public Censure, 90 day suspsension no pay |
| Richard B. Halloran | consent | 2010 | W | M | Public Censure, 14 day suspsension no pay |
| Richard B. Halloran | 97 | N/A | W | M | Dismissed by the JTC |
| James P. Conrad | Consent | 2005 | W | M | Public Censure, 180 day subspension, no pay |
| Thomas S. Gilbert | Consent | 2003 | W | M | Public Censure, 6 month suspension no pay |

| Catherine Bove-Steenland | Consent | 2008 | W | F | Public Censure, 90 day suspension no pay |
|---|---|---|---|---|---|
| Charles C. Nebel | Consent | 2010 | W | M | Public censure, 90 day suspension no pay |
| James M. Justin | Consent | 1998 | W | M | Public censure |
| James M. Justin | 87 | 2012 | W | M | Removed |
| James P. Noecker | 73 | 2005 | W | M | Removed |
| Steven Ford | 74 | 2004 | W | M | Resigned, public censure |
| Gerard Trudel | Consent | 2002 | W | M | Public censure, 90 day suspension no pay |
| Gerard Trudel | 68 | 2003 | W | M | Retired |
| Mary Brouillette Barglind | 83 | 2008 | W | F | Suspended 30 days, no pay |
| James A. Scandirito | 62 | 2000 | W | M | Dismissed by resignation |
| Daniel R. Deja | 59 | 1998 | W | M | Dismissed because judge was not re-elected |
| Kenneth A. Radzibon | 57 | 1998 | W | M | 90 day suspension |
| William Waterman | 55 | 1999 | B | M | 60 day suspension |
| Wendy M. Baxter | 53 | 2001 | B | F | Public censure |
| Andrea J. Ferrara | 52 | 1998 | W | F | Removal |
| Joel S. Gehrke | 51 | 1998 | W | M | 90 day suspension |
| Wendy Cooley | 50 | 1997 | B | F | Public censure |
| Wendy Cooley | 64 | 2000 | B | F | Complaint terminated due to judge's disability retirement |
| Deborah Ross Adams | 89 | 2013 | B | F | Removed |
| Kenneth D. Post | 90 | 2013 | W | M | Public censure, 30 day suspension no pay |
| Diane M. Hathaway | 91 | 2013 | W | F | dismissed due to retirement |
| Bruce U. Morrow | 92 | 2014 | B | M | 60 day suspension |
| Wade H. McCree | 93 | 2014 | B | M | Removed and conditionally suspended |
| Wade H. McCree | Consent | 2012 | B | M | Public censure |
| Dennis N. Powers | 94 | 2014 | W | M | dismissed due to retirement |
| Brenda K. Sanders | Consent | 2010 | B | F | Public censure, 21 day suspension no pay |
| Cedric J. Simpson | 96 | 2017 | B | M | 9 month suspension |
| Lisa O. Gorcyca | 98 | 2017 | W | F | Public censure |
| Elizabeth B. Church | Consent | 2016 | W | F | Public censure; 120 suspension no pay |
| Sheila Ann-Gibson | Consent | 2014 | B | F | Public censure; 30 day suspension no pay |
| Gregg P. Iddings | Consent | 2017 | W | M | Public censure; 180 day suspension no pay |
| R. Darryl-Mazur | Consent | 2015 | W | M | Public censure; 30 day suspension no pay |
| Thomas J. Shannon | Consent | 2002 | B | M | Public censure; 30 day suspension no pay |
| Kirk W. Tabbey | Consent | 2014 | W | M | Public censure; 90 suspension no pay |

Dennis M. Wiley Consent 2014 W M Public censure