# EXHIBIT 22

## Jason Hirsch

| | |
|---|---|
| **From:** | Bursch, John <jbursch@wnj.com> |
| **Sent:** | Wednesday, May 11, 2016 3:28 PM |
| **To:** | Jason Hirsch; Miller, Jeanmarie (AG); Dan Artaev; Nelson, Matthew |
| **Cc:** | Mayer Morganroth; Joshua A. Fisher; rj@mikecoxlaw.com; jburnett@mikecoxlaw.com |
| **Subject:** | RE: James v Hampton et al |
| **Attachments:** | Grievance Codes.pdf |
| **Importance:** | High |

All,

Attached is a list of the 18 grievance codes that the JTC uses when a new case comes in. The three grievances underlying the formal complaint against Ms. James were coded 13 (grievance 2011-19202), 14 (2011-1982), and 7 (2011-19381). We intend to discuss these codes at the hearing tomorrow morning as a means to narrow the scope of the document production. Please let me know if you have any questions.

Best regards,

John


**John J. Bursch** | Partner
**Warner Norcross & Judd LLP**
900 Fifth Third Center | 111 Lyon Street NW | Grand Rapids, MI 49503-2487
p 616.752.2474 | f 616.222.2474  jbursch@wnj.com
Profile
LinkedIn
SCOTUS arguments on Oyez
One Court of Justice Blog

Notice: This e-mail message and any attachments are for the confidential use of the intended recipient. If that isn't you, please do not read the message or attachments, or distribute or act in reliance on them. If you have received this message by mistake, please immediately notify us and delete this message and any attachments. Thank you.

---

**From:** Jason Hirsch [mailto:JHirsch@morganrothlaw.com]
**Sent:** Monday, May 02, 2016 11:38 AM
**To:** Miller, Jeanmarie (AG); Dan Artaev; Bursch, John; Nelson, Matthew
**Cc:** Mayer Morganroth; Joshua A. Fisher
**Subject:** RE: James v Hampton et al

Counsel,

      Regarding the above-referenced matter, Mr. Bursch (who have added to this email chain, as well as Mr. Nelson) and I had a telephone discussion a few minutes ago. We agreed that we will extend the deadline for the JTC Defendants' response to the motion for reconsideration for two weeks (Mr. Bursch will circulate a proposed stipulation,

1