## EXHIBIT INDEX TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS PAUL FISCHER AND THE JUDICIAL TENURE COMMISSION'S MOTION *IN LIMINE* TO EXCLUDE NEWSPAPER ARTICLES AND EDITORIALS

| Exhibit | Description |
|---|---|
| 1 | October 8, 2010 Associated Press article: "Judge James Kandrevas pleads the Fifth more than 200 times in Southgate lawsuit" |
| 2 | October 12, 2010 The News Herald article:  "Southgate: City settles second lawsuit against judge" |
| 3 | October 13, 2010 Associated Press article:  "Former Wayne County Judge Mary Waterstone to stand trial for allowing perjury" |
| 4 | Transcript from the (Vol. 1) August 11, 2017 and (Vol. 2) January 5, 2018 Depositions of Deborah Green |
| 5 | Transcript Selections From the July 28, 2017 Deposition of Paul Fischer |
| 6 | March 4, 2012 Record Eagle article:  "Our view: Judge's decisions should cost him his post" |
| 7 | March 31, 2016 mLive article:  "Judge avoids jail after embezzlement case ends in misdemeanor plea" |
| 8 | Transcript Selections From the December 21, 2017 Deposition of Margaret Rynier as representative of the JTC |
| 9 | *Park W. Galleries, Inc. v. Global Fine Art Registry, LLC*, 2010 U.S. Dist. LEXIS 22872 (E.D. Mich. 2010) |
| 10 | Evans v. Lucas Metro. Hous. Auth., 2016 U.S. Dist. LEXIS 177354 2016 WL 7407539 (N.D. Oh. 2016) |
| 11 | *Bahena v. City of Chicago*, 2018 U.S. Dist. LEXIS 97852 (N.D. Ill. 2018) |