UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sylvia James,

                    Plaintiff(s),

v.                                              Case No. 2:12−cv−10273−PDB−RSW
                                              Hon. Paul D. Borman

Hilliard Hampton, et al.,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Paul D. Borman as follows:

- STATUS CONFERENCE:  July 2, 2019 at 10:30 AM

The conference shall be initiated by Plaintiff's Counsel.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/D Tofil
                                                      Case Manager

Dated:   June 21, 2019