UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYLVIA JAMES,

    Plaintiff,

v.

PAMELA ANDERSON, an individual, DEBORAH GREEN, an individual, PAUL FISCHER, an individual and Executive Director of the Judicial Tenure Commission, the JUDICIAL TENURE COMMISSION, and VALDEMAR WASHINGTON, an individual,

    Defendants.
_____/

Case No. 12-10273

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

## FINAL JUDGMENT

For the reasons stated in the following Orders of this Court, it is ORDERED AND ADJUDGED that:

(1) Pursuant to an Opinion and Order dated November 26, 2018, (ECF No. 166), Defendant Pamela Anderson's Motion for Summary Judgment was GRANTED and Defendant Anderson is DISMISSED from this action WITH PREJUDICE;

(2) Pursuant to an Opinion and Order dated November 26, 2018, (ECF No. 167), Defendants the Judicial Tenure Commission ("JTC") and Deborah Green's Motion for Summary Judgment was GRANTED and Defendants JTC and Green are DISMISSED from this action WITH

PREJUDICE;

(3) Pursuant to an Opinion and Order dated November 26, 2018 (ECF No. 167), Defendant Paul J. Fischer's Motion to Dismiss, For Judgment on the Pleadings, and for Summary Judgment was GRANTED and Defendant Fischer is DISMISSED from this action WITH PREJUDICE; and

(4) Pursuant to a Stipulated Order of Dismissal dated June 26, 2019, Defendant Valdemar Washington is DISMISSED from this action WITH PREJUDICE.

This is the Final Judgment in this case and the case is closed.

IT IS SO ORDERED.

s/David M. Lawson for  
Paul D. Borman  
United States District Judge

Dated: June 26, 2019